ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-1-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON LOUIS CALDWELL,<br><br>Petitioner,<br><br>vs.<br><br>J.D. CLAY, Warden,<br><br>Respondent. | Case No. CV 11-4546-SVW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 9/21/12

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE